FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0307

_____

IN RE THE MARRIAGE OF:

JOSHUA ARNOLD BACON,

      Petitioner and Appellant,

  and                             O R D E R

EMILY ANN BACON,

      Respondent and Appellee.

_____

Upon consideration of Appellant Joshua Arnold Bacon's Motion for Extension of Time and good cause appearing therefore, Appellant is GRANTED an extension of time to prepare, file, and serve his Reply Brief to and including March 13, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 8 2023